

**SO ORDERED.**

**SIGNED this 20 day of April, 2020.**

_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:

| | |
|---|---|
| RENAISSANCE INNOVATIONS, LLC, | CASE NO. 20-01005-5-SWH |
| | CHAPTER 11 |
| DEBTOR | |

### CONSENT ORDER RESOLVING DEBTOR'S MOTION FOR AWARD OF ACTUAL DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY

NOW COME the Debtor, by and through its attorney Philip Sasser, and Amazon Capital Services, by and through its attorney K&L Gates LLP who hereby agree to the following regarding the Debtor's Motion for Award of Actual Damages for Violation of the Automatic Stay.

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157, and the Court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157, and 1334. The Court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984 by the United States District Court for the Eastern District of North Carolina.

2. The Debtor filed a voluntary chapter 11 petition under Title 11 of the United States Code on March 6, 2020, at which time the automatic stay was imposed by 11 U.S.C. § 362(a).

3. At the time of filing, the Debtor owed a debt to Amazon Capital Services in the amount of approximately $99,000 based upon a prepetition secured loan. The Debtor's lending agreement with Amazon Capital Services requires the Debtor to make monthly payments of $14,753.72. Payments are automatically transferred every-other Tuesday from the Debtor's seller account at Amazon.Com Services, LLC (the "Seller Account").

4. This bankruptcy case was filed on March 6, 2020, a Friday. On March 10, 2020, a draft of $7,404.71 was automatically made against the Debtor's Amazon seller account in payment of its debt to Amazon Capital. Thereafter, Amazon received notice of the bankruptcy case and no additional post-petition drafts have occurred.

5. The Debtor and Amazon Capital Services agree to resolve this motion by Amazon Capital Services returning to the Seller Account, the amount of the post-petition payment: $7,404.71. This amount will be refunded to the Seller Account no later than April 30, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED, by and with the consent of the below parties, that the Debtor's Motion for Award of Actual Damages for Violation of the Automatic Stay is hereby resolved subject to the conditions set forth herein.

**WE CONSENT:**

/s/ Philip Sasser
Philip Sasser, State Bar No. 38479
Attorney for debtor
2000 Regency Parkway, Suite 230
Cary, N.C. 27518
Tel: 919.319.7400
Fax: 919.657.7400
philip@sasserbankruptcy.com


/s/ Michael Gearin WSBA No. 20982
Michael Gearin,
Attorney for Amazon Capital Services
925 Fourth Avenue
Suite 2900
Seattle, WA 98104
Michael.gearin@klgates.com


**END OF DOCUMENT**